# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**RONALD MILLARD IRBY #583538**           **CASE NO. 2:21-CV-00010 SEC P**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**MARCUS MEYERS**                         **MAGISTRATE JUDGE KAY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Plaintiff Ronald Millard Irby ("Irby") is hereby **DISMISSED WITH PREJUDICE** as time-barred.

MONROE, LOUISIANA, this 7th day of June, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE